■ In the Matter of CHRISTOPHER FRANKO, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, BOARD OF PAROLE, Respondent. [3 NYS3d 630]—Appeal from a judgment of the Supreme Court (Ellis, J.), entered March 24, 2014 in Clinton County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent denying petitioner's request for parole release.

Petitioner commenced this CPLR article 78 proceeding challenging a December 2012 determination of respondent that denied his request for parole and ordered his next appearance in 24 months. He now appeals from Supreme Court's dismissal of the petition. The Attorney General has advised this Court that petitioner reappeared before respondent in December 2014 and was again denied parole release. Accordingly, the appeal is now moot and must be dismissed (*see Matter of Mance v Evans*, 119 AD3d 1316, 1316 [2014]).

Peters, P.J., McCarthy, Egan Jr. and Clark, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.